UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG KIET LAM,<br><br>                              Petitioner,<br><br>v.<br><br>KRISTI NOEM; PAMELA J. BONDI; TODD M. LYONS; JESUS ROCHA; CHRISTOPHER LAROSE,<br><br>                              Respondents. | Case No.:  25-cv-3470-JO-VET<br><br>**ORDER GRANTING PETITIONER'S HABEAS PETITION [DKT. 1]; DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT [DKT. 2]** |

Petitioner Hoang Kiet Lam ("Petitioner") filed a petition for writ of habeas corpus [Dkt. 1] and a motion for temporary restraining order [Dkt. 2].  The Court held oral argument on December 16, 2025.  For the reasons stated on the record, the Court ORDERS as follows:

(1) The Court GRANTS Petitioner's habeas petition [Dkt. 1] on the first and second claims for relief, brought under *Zadvydas*, *Accardi*, and the Fifth Amendment Due Process Clause.  The Court DENIES Petitioner's motion for temporary restraining order as moot [Dkt. 2].

(2) Respondents are ORDERED to release Petitioner by 12 p.m. on December 17, 2025 under the same conditions as his August 31, 2011 Order of Supervision,

and to file an affidavit confirming Petitioner's release by 5 p.m. on December 18, 2025.

(3) Respondents are ENJOINED from initiating the process to redetain Petitioner until **two weeks before** his scheduled flight for removal to Vietnam.

(4) Respondents are ENJOINED from removing Petitioner from the United States or this District, or from redetaining him, except under the following circumstances:

- a. The government has provided notice and an informal interview allowing Petitioner to contest the grounds for revocation of his release **before** any redetention, and
- b. Respondents file a written declaration with this Court confirming that it has complied with these conditions at least 48 hours **prior** to any redetention to allow Petitioner an opportunity to challenge any further unlawful detention.

**IT IS SO ORDERED.**

Date: December 16, 2025

_____
Honorable Jinsook Ohta
United States District Judge